UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE WHITE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CISCO SYSTEMS, INC,<br><br>　　　　Defendant. | 07 Civ. 9288 (RPP) (THK)<br><br>Notice of Discontinuance |

　　　　Plaintiff Nicole White ("Ms. White" or "Plaintiff"), by and through her attorneys, The Ottinger Firm P.C., moves to voluntarily discontinue this action without prejudice.

Dated: November 13, 2007

Respectfully submitted,

_/s/ Carrie R. Kurzon_ (CK-2481)
Carrie R. Kurzon
The Ottinger Firm, P.C.
19 Fulton Street, Suite 408
New York, NY 10038
(212) 571-2000
Attorneys for Nicole White

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07

RECEIVED
NOV 15 2007
CHAMBERS
LAURA TAYLOR SWAIN
U.S.D.J.

*Application granted. This case is dismissed without prejudice. So ordered.*
/s/ Robert P. Patterson
USDJ
11/16/07